# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MUKHTAR YAHIA NAJI AL WARAFI,  )
)
Petitioner,  )
)
v.  )
)
BARACK OBAMA, et al.,  )
)
Respondents.  )
)

Civil Action No. 09-CV-02368 (RCL)

**FILED**

JUN - 2 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## [Proposed] ORDER

Upon consideration of Respondents' Unopposed Motion to Deem Protected Information

Highlighted in the Accompanying Proposed Public Factual Return for ISN 117, and a review of

that proposed public factual return, it is hereby ORDERED that Respondents' motion is granted.

The information identified by Respondents with green highlighting in the version of the factual

return submitted under seal to the Court is deemed protected, pursuant to paragraphs 10 and 34

of the Protective Order governing this proceeding. It is further ORDERED that Respondents file

on the public record, through the Court's Electronic Case Filing system, a public version of the

factual return from which the information that was highlighted in green in the proposed public

version submitted to the Court has been redacted.

It is SO ORDERED.

Dated: _____6/1/11_____

ROYCE C. LAMBERTH
United States District Judge